EILEEN KESSLER, Respondent, v. LAWRENCE A. KESSLER, Appellant.—

Christ, P. J., Rabin, Hopkins, Brennan and Benjamin, JJ., concur.

JOSEPH P. LA MAINE, Plaintiff, and ANTOINETTE LA MAINE, as Administratrix of the Estate of JOSEPH R. LA MAINE, Deceased, Appellant, v. JAMES GREY, Respondent.—

Hopkins, Acting P. J., Martuscello, Latham, Brennan and Benjamin, JJ., concur.

MARINE MIDLAND NATIONAL BANK OF SOUTHEASTERN NEW YORK, as Executor of LAURA W. SMITH, Deceased, Respondent, v. JEAN SECOR, Appellant.—

Christ, P. J., Rabin, Hopkins, Brennan and Benjamin, JJ., concur.